

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00091-CV

_____

ANITA SAINT AND JONATHAN SAINT, Appellants

V.

SAMUEL B. BLEDSOE AND DALE ROSE, ADMINISTRATOR OF THE ESTATE OF
BLAKE M. BLEDSOE, DECEASED, Appellees

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 225-11

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

The clerk's record in this matter was filed November 13, 2012, and the reporter's record was filed December 10, 2012, making the appellants' brief due January 9, 2013. The briefing deadline was extended twice on appellants' motion, and the brief is currently due February 25, 2013. On February 22, 2013, appellants' counsel filed a third motion to extend the deadline for filing appellants' brief.

We have reviewed counsel's third motion to extend and the record on appeal, and we have been provided with no compelling information to convince us that counsel needs additional time to prepare this brief. Consequently, the motion to extend time to file appellants' brief is overruled.

By this order, we set the final deadline for filing appellants' brief as March 19, 2013. Should appellants fail to file a brief within the time allotted, this appeal may be dismissed for want of prosecution pursuant to Rule 42.3 of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 42.3.

IT IS SO ORDERED.

BY THE COURT

Date: February 26, 2013

2